**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **BALBOA CAPITAL CORPORATION,** | Case No.: SACV 23-01130-CJC (KESx) |
| Plaintiff, | JUDGMENT |
| v. | |
| **MICHAEL AIELLO CONSTRUCTION INC., and MICHAEL L. AIELLO,** | |
| Defendants. | |

In this case, Plaintiff Balboa Capital Corporation ("Balboa") alleges that Defendants failed to repay a loan they received from Balboa. (*See* Dkt. 1 [Compl.] ¶¶ 12–21.) This matter came before the Court on Balboa's motion for default judgment. (Dkt. 15 [hereinafter "Mot."].) The Court granted Balboa's motion. Accordingly, it is hereby **ORDERED** that judgment is entered in favor of Balboa and against Defendants.

Balboa is awarded $239,250 in compensatory damages, $8,385 in attorneys' fees, and $1,168.96 in costs—for a total judgment of $248,803.96.

DATED: September 7, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

CC: FISCAL